**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 11, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

v.

CLIFTON RAY WEATHERSPOON,

     Defendant - Appellant.

No. 24-3176
(D.C. No. 6:23-CR-10026-JWB-1)
(D. Kan.)

_____

**ORDER AND JUDGMENT**[*]

_____

Before **HOLMES**, Chief Judge, **KELLY**, and **HARTZ**, Circuit Judges.

_____

The government moves to enforce Clifton Ray Weatherspoon's appeal waiver.

*See United States v. Hahn*, 359 F.3d 1315, 1328 (10th Cir. 2004) (en banc).

Mr. Weatherspoon concedes the government's motion, so we grant it.  This appeal is

dismissed.

                    Entered for the Court

                    Per Curiam

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel.  It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.